**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. ShumakerChris Wolpert
Clerk of CourtApril 16, 2015Chief Deputy Clerk

Mr. David C. Castleberry
Mr. Christopher M. Glauser
Manning Curtis Bradshaw & Bednar
136 East South Temple, Suite 1300
Salt Lake City, UT 84111

**RE:14-4077, U.S. Commodity Futures Trading v. U.S. Ventures, et al**
Dist/Ag docket: 2:11-CV-00099-BSJ

Dear Counsel:

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D). Specifically:

- The electronically filed appendix does not contain bookmarks. See 10th Cir. R. 25.3 and 10th Cir. R. 30.1(D).
- There is no certificate indicating compliance with the court's ECF requirements. See 10th Cir. R. 25.3 and the 10th Circuit CM/ECF User's Manual at Section II I (page 11).

You must file a proper electronic appendix within 10 days of the date of this notice. The hard copy of the appendix is acceptable for filing and will be filed upon submission of the corrected electronic appendix.

You may file an errata sheet containing the certificate of compliance. No hard copies need to be filed.

The brief that was submitted with the appendix is acceptable for filing and will be filed upon receipt of the corrected appendix. However, if the corrections made to the appendix affect citations in the brief, a revised brief with corrected appendix citations will need to be submitted.

The time to file a reply brief will run from the date of service of the appendix.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court


cc:      Robert J. Andres
          Sara E. Bouley
          Alan I. Edelman
          James H. Holl III
          Lon A. Jenkins
          Gretchen L. Lowe
          Jeannette Frazier Swent
          A. Jan Thomas Jr.
          Nathan D. Thomas


EAS/bv